**DUANE MORRIS LLP**
Gerald L. Maatman (*pro hac vice forthcoming*)
gmaatman@duanemorris.com
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433


**DUANE MORRIS LLP**
Jennifer A. Riley (SBN 360545)
jariley@duanemorris.com
Daniel D. Spencer (SBN 292078)
dspencer@duanemorris.com
Jamar D. Davis (SBN 340949)
jddavis@duanemorris.com
Kenny T. Tran (SBN 345377)
ktran@duanemorris.com
865 South Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450
Telephone: +1 213 689 7448
Fax: +1 213 689 7401

Attorneys for Defendant
KELLY SERVICES GLOBAL, LLC

(*Additional counsel on following page*)

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SOHAL, on behalf of himself and all others similarly situated, | Case No.: 2:26-cv-01574-DJC-AC |
| Plaintiff, | **ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | Initial Response Date: April 24, 2026<br>Amended Response Date: May 11, 2026<br>New Response Date: June 10, 2026 |
| KELLY SERVICES GLOBAL, LLC, a Michigan Limited Liability Company; DHL EXPRESS (USA), INC.; and DOES 1 to 10, inclusive, | [Removed from Stanislaus County Superior Court, Case No. CV-26-000694] |
| Defendants. | *[Second Stipulation To Extend Time To Respond To Complaint Submitted Concurrently]* |

ORDER FOR SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Brandon J. Sweeney, Esq. (SBN 278532)
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
E-Mail: kgrombacher@bradleygrombacher.com
E-Mail: bsweeney@bradleygrombacher.com

Attorneys for Plaintiff MARTIN SOHAL, on
behalf of himself and all others similarly situated

2

ORDER FOR SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**ORDER**

Upon stipulation of Plaintiff, MARTIN SOHAL and Defendant, KELLY SERVICES GLOBAL, LLC, the Court hereby ORDERS AS FOLLOWS:

1.    The time for Defendant KELLY SERVICES GLOBAL, LLC to respond to the Initial Complaint is extended to June 10, 2026.

**IT IS SO ORDERED.**

Dated:  May 7, 2026                          /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE

ORDER FOR SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT